United States Court of Appeals
Fifth Circuit

**F I L E D**

February 27, 2004

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**Summary Calendar
No. 03-20820**

_____

**JOHN PAGE,**

**Plaintiff-Appellant,**

**versus**

**ANTHONY J. PRINCIPI, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,**

**Defendant-Appellee.**

---

**Appeal from the United States District Court
for the Southern District of Texas
02-CV-1010**

---

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Plaintiff John Page sued the Department of Veterans Affairs ("VA") under Title VII arguing that he was discriminated against on the basis of his age and in retaliation for engaging in protected conduct. The district court referred Page's action to Magistrate Judge Nancy K. Johnson. The VA moved for summary judgment on April 10, 2003 and Page filed a reply to the VA's motion. On July 7, the magistrate judge issued a comprehensive

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

19-page Memorandum and Recommendation proposing that the district court grant the VA's motion for summary judgment on all grounds. Page filed objections to the magistrate judge's recommendation and on July 23, the district court adopted the magistrate judge's recommendation in full. Page now appeals.

After having carefully reviewed the briefs, record excerpts and relevant portions of the record itself, we agree with the district court that the magistrate judge's recommendation properly addresses the legal and factual issues raised by Page. For the reasons stated by the magistrate judge and adopted by the district court, we affirm the decision of the district court granting summary judgment in favor the VA.

The judgment of the district court is **AFFIRMED.**